Maria-Costanza Barducci
BARDUCCI LAW FIRM
PLLC
5 West 19th Street, 10th

Floor New York, New York
10011 Telephone:
212-433-2554

**July 9, 2025**

Honorable James R. Cho
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

> *Re:* ***Hashimi v. 12-21 Partners Corp et al***
> ***Civil Action No.:1:25-cv-02188-EK-JRC***
> ***Joint Notice of Settlement***

Dear Honorable Magistrate Judge Cho,

    We represent Plaintiff in the above-styled action.

    Pursuant to the Court's July 9, 2025 Scheduling Order [DE#10], the Plaintiff and Defendants were directed to participate in the July 31, 2025 Initial Pre-Trial Case Conference. However and foremost, the Parties together, file this notice, to apprise the Court that a Settlement in Principle has just been attained, and therein the parties are enveloped in the process of preparing the requisite Settlement papers and agreements therewith.

     Given that the Parties have now entered into perfecting the terms within said successful negotiations, and that a stay of all deadlines would preserve judicial economy and the Parties' litigation expenses, the Parties jointly requests that the Court might enter a Stay of all further deadlines during the pendency of the Settlement document preparations.

    Thank you for the Court's time and consideration.

    Most Respectfully,

*/s/ Maria Costanza Barducci*
_____
BARDUCCI LAW FIRM
PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only